## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

**WM. FREMMING NIELSEN**
*Senior Judge*

*Post Office Box 2208*
*Spokane, Washington 99210-2208*
*Telephone 509.458.5290*
*Facsimile 509.458.5291*

April 19, 2011

Designation and Sentence Computation Center
Grand Prairie Office Complex
United States Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas  75051

Re:   Bernave Moreno-Carrasco
      Case No. CR-09-2110-WFN-1

Dear Sir or Madam:

On April 18, 2011, Mr. Moreno-Carrasco was sentenced to 180 months on his plea of guilty to being a member of a drug importation conspiracy.  Mr. Moreno-Carrasco acknowledges that he has a drug addiction problem and requests the opportunity to participate in the 500 hour drug treatment program.

Mr. Moreno-Carrasco is a longtime resident of Eastern Washington state and for that reason requests that he be incarcerated at Sheridan, Oregon facility so that he can participate in visitation with family and friends.  The court feels both requests are reasonable and concurs with them.

Very truly yours,

Wm. Fremming Nielsen
Senior U.S. District Judge

L11\119:jlk

c:    Mr. Evans D. Prieston
      Mr. Timothy D. Cotterell
      Ms. Jane M. Kirk
      Mr. Sean E. Carter